James A. Saville, Jr. (NJ #046561998)
HILL RIVKINS LLP
The Bentley Building, 98 Craig Road
Manalapan, NJ 07726
Tel: (732) 838-0300
Email: jsaville@hillrivkins.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    - against -<br><br>W.C. MCQUAIDE, INC.,<br><br>                    Defendant. | Case No. 2:22-cv-04978<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

No answer having been served and a settlement agreement having been reached, Plaintiff FEDERAL INSURANCE COMPANY hereby dismisses the above-captioned action voluntarily *with prejudice* against Defendant W.C. MCQUAIDE, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without costs to any party.  This action is now closed.

Dated: New York, New York
       October 20, 2022

                                          HILL RIVKINS LLP
                                          Attorneys for Plaintiff

                              By: _____
                                          James A. Saville
                                          The Bentley Building, 98 Craig Road
                                          Manalapan, NJ 07726
                                          Tel: (732) 838-0300
                                          Email: jsaville@hillrivkins.com